In the Matter of MADISON, INCORPORATED, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent.

Argued May 31, 1955; decided July 8, 1955.

*Leon Liner* for appellant.

*Harold Zucker* and *Hortense W. Gabel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.